**Emmitte Lyle FENTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 68528.**

Missouri Court of Appeals, Western District.

Aug. 12, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 30, 2008.

Application for Transfer Denied Oct. 28, 2008.

Gary E. Brotherton, Columbia, MO, for appellant.

Joshua N. Corman, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., P.J., LISA WHITE HARDWICK, and JAMES EDWARD WELSH, JJ.

**ORDER**

PER CURIAM.

Emmitte Fenton appeals the circuit court's judgment denying his Rule 27.26[1]

---

1. Rule 27.26 was repealed by order dated   Feb. 11, 1987, eff. Jan. 1, 1988.

motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).